**Order filed January 14, 2020**



In The

# Fourteenth Court of Appeals

_____

NO. 14-18-00220-CV
_____

**MEHMET OKUMUS AND SENOL OKUMUS, Appellants**

**V.**

**GARY J. MOUTON, Appellee**

**On Appeal from the 215th District Court
Harris County, Texas
Trial Court Cause No. 2015-10370**

## ORDER

The supplemental reporter's record filed in this court on January 9, 2020, failed to include the following exhibits:

- Plaintiffs' Exhibit 5 through 8;

- Plaintiffs' Exhibit 13;

- Plaintiffs' Exhibit 14; and

- Defense Exhibit 1.

Accordingly, we order Alexandra Lindsey McDaniel, the official court reporter, to file a supplemental reporter's record containing the exhibits listed above **on or before January 15, 2020**. No further extension will be entertained absent exceptional circumstances. The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. See Tex. R. App. P. 35.3(c). If Alexandra Lindsey McDaniel does not timely file the supplemental reporter's record as ordered, we may issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.


PER CURIAM


Panel consists of Justices Christopher, Jewell and Bourliot.